# Exhibit C

## Volaris® Actualización de tu vuelo

 info@notifications.volaris.com
To ○ Seguimiento Flight View

ⓘ Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.



### Cierre de Aeropuerto Midway

Tu vuelo No.942 saliendo de León (BJX) hacia Midway con fecha 24 de Marzo 2020

Ha sido reprogramado para su llegada al aeropuerto de Chicago - O´Hare

Volaris te recomienda tomar la precauciones necesarias.

Te ofrecemos una disculpa, agradecemos tu comprensión.

Si lo deseas, puedes rastrear tu vuelo en cms.volaris.com/es/informacion-de-vuelo donde encontrarás información detallada del mismo.

O bien, si te encuentras en el aeropuerto te sugerimos que acudas con uno de nuestros Embajadores que se encuentran en mostrador o en la sala de última espera, con gusto te atenderan.

Nuevamente, gracias por tu comprensión.