# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Samantha Levey, et al.

                                              Plaintiff,

v.                                                                                                  Case No.: 1:20−cv−02215

                                                                                                        Honorable John Robert Blakey

Concesionaria Vuela Compania de Aviacion, S.A.P.I. de C.V., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2024:

    MINUTE entry before the Honorable John Robert Blakey: Final approval hearing held 11/1/2024 on Plaintiff's motion for attorney fees [167] and final approval of class action settlement [170]. The court grants the motion for attorney fees [167] and the motion for final approval of class action settlement [170] with a change in the language regarding closure of the case. The Court finds that the case should be dismissed without prejudice with a final status date, to be set by the parties, when the case will convert to a dismissal with prejudice. A proposed order granting final approval of class action settlement should be submitted to the proposed order inbox, Proposed_Order_Blakey@ilnd.uscourts.gov. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.