# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Samantha Levey, et al.

                          Plaintiff,

v.
                                        Case No.:
1:20−cv−02215

Honorable John Robert Blakey

Concesionaria Vuela Compania de Aviacion, S.A.P.I. de C.V., et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2024:

      MINUTE entry before the Honorable John Robert Blakey: As discussed in open court on 11/1/24, the Court hereby grants Plaintiffs' motion for attorney fees [167] and motion seeking final approval of class action settlement [170]. Enter Final Approval Order. All matters in dispute having been resolved, this Court hereby dismisses this case without prejudice and sets a status hearing for 7/24/2025 at 11:00 a.m. in Courtroom 1203 to assess the propriety of a with prejudice dismissal. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.